UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONNY DAVID WAGGONER,<br><br>        Petitioner,<br><br>    v.<br><br>ROBERT J. HERNANDEZ, Warden,<br><br>        Respondent. | No. ED CV 05-798-ABC (PLA)<br><br>**AMENDED JUDGMENT FOLLOWING REMAND** |

    Pursuant to the decision of the Ninth Circuit Court of Appeals in this action (No. 08-55168), entered on August 25, 2010, and effective on October 18, 2010, IT IS ADJUDGED that the Petition is **granted** as to Ground Seven (insufficient evidence of possession of pseudoephedrine with intent to manufacture methamphetamine), and **denied** as to the remaining Grounds.

    The action is remanded to the state court for proceedings consistent with this Amended Judgment, to be conducted within 60 (sixty) days of the date hereof.

DATED: October 26, 2010

                                        HONORABLE AUDREY B. COLLINS
                                        CHIEF UNITED STATES DISTRICT JUDGE